UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST RESPONSE WATERPROOFING & GENERAL CONTRACTING LLC, SIMONE PITTS, DIPIERRO CONSTRUCTION, INC, GIROLAMO DIPIERRO, CIVIL ENVIRONMENTAL CONSULTANTS, INC., and PAUL ALDEN CURTIS A.I.A., INC.,<br><br>Defendants. | C.A. NO.: 22-11781<br><br>Electronically Filed |

**PROPOSED**

JUDGMENT

GORTON, D.J.

The court having granted Plaintiff Atain Specialty Insurance Co.'s Motion for Summary Judgment [#39] as to Count I of the Complaint [#1], with Counts II-V being moot, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

Atain Specialty Insurance Company, having properly cancelled the Commercial General Liability policy issued to First Response Waterproofing & General Contracting, LLC for the period of February 23, 2019 through February 23, 2020, is relieved of its duty to defend and indemnify First Response Waterproofing & General Contracting, LLC., or any other party, in the Suffolk Superior Court matter captioned: *Pitts v. DiPierro Construction, Inc and Girolamo DiPierro, et. al.*, Suffolk Superior Court Civil Action No.: 2184cv02118.

Dated: 08/15/2023

Nathanial M. Gorton,
United States District Judge